FILED

2013 Sep-30  PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FERNANDO MCKEITHEN,            )
                              )
      Petitioner,             )
                              )
vs.                           )        Case No. 1:12-CV-888-CLS-JEO
                              )
JOHN T. RATHMAN,              )
                              )
      Respondent.             )

### ORDER

This case is before the court on the petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241. (Doc. no. 1).  The magistrate judge filed a report and recommendation on June 25, 2013. (Doc. no. 7).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* is DENIED and DISMISSED with prejudice.

DONE and ORDERED this 30th day of September, 2013.

_____
United States District Judge